*Law Office of*
**SAMUEL GREGORRY**
*16 Court Street, Suite 2008*
*Brooklyn, NY, 11241*
*Telephone: 718-222-2992*
*Facsimile: 718-222-2889*
*www.samgregory.com*

Admitted in NY and NJ

September 15, 2020

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                    **Re**: United States v. Amado
                        Docket # 19 Cr 926

Dear Judge Furman,

    Please be advised that I am requesting that Mr. Amado's case which is on for September 24th be scheduled one hour earlier. It is on for 2pm. I ask that it be heard at 1:00pm. The reason for this request is simply that I made an error in my schedule. AUSA Vogel consents to this application. I apologize to this Court for any inconvenience.

Application GRANTED. The time for sentencing in this matter, scheduled for September 24, 2020, is changed from 2:00 p.m. to 12:45 p.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. The Clerk of Court is directed to terminate Doc. #29. SO ORDERED.

*[signature]*

September 17, 2020

Respectfully submitted,

By: //Samuel Gregory//

Law Office of Samuel Gregory
16 Court Street, Suite 2008
Brooklyn, New York
Tel: 718-222-2992/718-360-6243
Fax: 718-222-2889
Email: Sam@samgregory.com

*Attorney for Ruben Amado*

Cc: The Hon. Jesse M. Furman (by ECF)
Clerk of Court (JMF) (by ECF)
Counsel for the Government (by ECF)